UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Apr 4, 2025
KELLY L. STEPHENS, Clerk

No. 25-5191

STEVEN LEE LINDSEY; KAYSANNDRA LORENE LINDSEY,

    Plaintiffs-Appellants,

v.

RYAN BAILEY; CHRISTOPHER ROUSH,

    Defendants-Appellees.

Before: SUHRHEINRICH, WHITE, and RITZ, Circuit Judges.

## JUDGMENT

THIS MATTER came before the court upon consideration of appellate jurisdiction.

IN CONSIDERATION THEREOF, it is ORDERED that the appeal is DISMISSED.

        ENTERED BY ORDER OF THE COURT

        Kelly L. Stephens, Clerk