UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

STEVEN LEE LINDSEY and
KAYSANNDRA LORENE LINDSEY,                              Plaintiffs,

v.                                    Civil Action No. 4:23-cv-10-DJH-HBB

RYAN BAILEY and CHRISTOPHER
ROUSH,                                                   Defendants.

\* \* \* \* \*

### JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Memorandum and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1) Judgment is entered in favor of Defendants Ryan Bailey and Christopher Roush, with respect to all claims asserted in this matter by Plaintiffs Steven Lee Lindsey and Kaysanndra Lorene Lindsey.

(2) This action is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

(3) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

May 22, 2025

David J. Hale, Judge
United States District Court

1